In the Matter of FRANK E. LONAS, Respondent, v. BARNE SILVER, Appellant.— Order of the County Court of Kings county directing the issuance of the warrant of dispossess against the tenant unanimously affirmed, with costs. We hold that the tenant consented to the warrant being issued in the event of a determination of the Supreme Court action favorable to the landlord. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Petition of GROSVENOR NICHOLAS for an Order Revoking Letters of Temporary Administration, etc., of GEORGE S. NICHOLAS, Deceased.— Order of the Surrogate's Court of Suffolk county unanimously affirmed, with costs to the respondent against the petitioner. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

In the Matter of SAMUEL WELTMAN, an Incompetent.— Order modified by reducing the amount allowed to $500, and as so modified affirmed, without costs. We think that applications of this character should not be made annually by a committee of the person of the incompetent, especially in cases like the present one, where it appears that the incompetent does not reside with his family or with the committee of the person, but is safely and comfortably cared for in an institution where all his wants are supplied. Such so-called accounts are needless. (See *Diaper* v. *Anderson*, 37 Barb. 168; *Matter of Hawley*, 104 N. Y. 250.) Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

JOHN C. KIMMERLY and Others, Appellants, v. ROSINA K. HUTCHINSON, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

HERMAN KNOTHE, as Temporary Administrator, etc., of JULIUS KNOTHE Deceased, Respondent, v. MAX KNOTHE and Another, Appellants.— Judgment modified so as to permit the defendants to reconvey the premises to the plaintiff in full satisfaction of all liability of the defendants under the judgment; and as modified unanimously affirmed, without costs. (*Kinney* v. *Kinney*, 221 N. Y. 133.) Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

JOHN H. LEDDY, Appellant, v. DOROTHY E. LEDDY, Respondent, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

SAVERIO LIBERTA, Respondent, v. RAPID COALING COMPANY, Appellant.— Judgment and order denying motion for a new trial reversed upon the law and the facts, with costs to abide the event, and a new trial granted, upon the ground that the negligence, if any, was solely that of Sorace, whose act of omission was a mere detail of the work, and the act of a fellow-servant. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DWIGHT T. BRIDGES, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.